1092

No. 05–531. CARTER v. RAISH (two judgments). Ct. App. Colo. Certiorari denied.

No. 05–534. EUTENEUER ET AL. v. LAPOLLA ET AL. C. A. 11th Cir. Certiorari denied. 

No. 05–536. GONZALEZ ET UX. v. KOMATSU FORKLIFT, U. S. A., INC. Sup. Ct. N. J. Certiorari denied. 

No. 05–541. EMPAGRAN S. A. ET AL. v. F. HOFFMANN-LA ROCHE LTD ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 05–542. COURTNEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–544. HYSI ET UX. v. GONZALES, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied. 

No. 05–546. SCHIFF v. DUSEK ET AL. C. A. 9th Cir. Certiorari denied. 

No. 05–548. DRAUGHON v. UTAH DEPARTMENT OF FINANCIAL INSTITUTIONS ET AL. Ct. App. Utah. Certiorari denied.

No. 05–549. EUROPEAN COMMUNITY ET AL. v. RJR NABISCO, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 05–550. PATTERSON v. NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 05–551. WAUBANASCUM v. SHAWANO COUNTY, WISCONSIN. C. A. 7th Cir. Certiorari denied. 

No. 05–553. SPECTOR GADON & ROSEN, P. C., ET AL. v. KANTER. Super. Ct. Pa. Certiorari denied. 

No. 05–557. AFJEH v. VILLAGE OF OTTAWA HILLS. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 05–558. BOEING CO. v. ZUNIGA. C. A. 10th Cir. Certiorari denied.